STATE v. GOYENS

No. 461P98

Case below: 130 N.C.App. 486

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 December 1998.

STATE v. GREEN

No. 385A84-5

Case below: Pitt County Superior Court

Defendant's petition for writ of certiorari is allowed 5 November 1998 for the limited purpose of entering the following order. The parties shall file written briefs with the court on the following issue: Does N.C.G.S. § 15A-1415(f) apply to defendants who have been convicted of a capital offense and sentenced to death who had a post-conviction motion for appropriate relief denied prior to 21 June 1996, the effective date of the statute?

STATE v. HALL

No. 384P98

Case below: 129 N.C.App. 429

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.

STATE v. HARBISON

No. 379P98

Case below: 130 N.C.App. 342

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

STATE v. HARRIS

No. 390A98

Case below: 130 N.C.App. 486

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 November 1998.